UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
───────
No. 6:20-cv-00609
───────

**Vincent Monrow Friemel**,

*Petitioner,*

v.

**Sheriff, Gregg County,**

*Respondent.*
───────

### ORDER

This habeas corpus action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b). Doc. 2. On April 20, 2021, the magistrate judge issued a report recommending that the petition be dismissed without prejudice for failure to exhaust and as premature. Doc. 9. No objections were filed.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The petition is dismissed without prejudice as required by Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

*So ordered by the court on June 9, 2021.*

                               ───────────────────
                               J. CAMPBELL BARKER
                               United States District Judge